IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| RICHARD N. BELL, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MERCHANT'S BANK OF INDIANA, )<br>)<br>Defendant. ) | Case No:<br>1:18-CV-00056-JPH-DLP |

**BANKRUPTCY TRUSTEE'S MOTION FOR SUBSTITUTION OF PARTY**

Michael J. Hebenstreit ("Hebenstreit"), as Trustee of the Bankruptcy Estate for Richard N. Bell, and pursuant to Federal Rule of Civil Procedure 25, respectfully moves this Court for an order substituting Hebenstreit, as Bankruptcy Trustee, for the Plaintiff in this action.  In support of which, Hebenstreit states:

1. This action was filed on February 18, 2018.

2. On October 27, 2020, Richard N. Bell ("Bell") filed a Chapter 7 *Petition for Voluntary Bankruptcy* in the U.S. District Court, Southern District of Indiana, Indianapolis Division – Bankruptcy Case 20-05958-JMC-7.

3. Michael J. Hebenstreit of LEWIS & KAPPES, P.C., 2500 One American, Indianapolis, Indiana 46282, was appointed as Trustee over the Bankruptcy Estate.

4. Pursuant to the U.S. Bankruptcy Code, Bell's claim against Merchants Bank of Indiana is part of the Bankruptcy Estate, and therefore, controlled by the Trustee.

5. The Federal Rules provide that: "If an interest is transferred, the action may be continued by or against the original party unless the court, on motion, orders the

transferee to be substituted in the action or joined with the original party. The motion must be served as provided in Rule 25(a)(3)." FED. R. Civ. Pro. 25(C).[1]

6. Plaintiff Bell should, therefore, be substituted with Michael J. Hebenstreit, as Trustee of the Bankruptcy Estate for Richard N. Bell

7. Plaintiff Bell does not object to this motion.

WHEREFORE, this Court should issue an order substituting Michael J. Hebenstreit, as Trustee of the Bankruptcy Estate for Richard N. Bell, for Plaintiff Richard N. Bell. A notice of hearing and proposed order accompany this motion.

Respectfully submitted,

*/s/ Michael J. Hebenstreit*
Michael J. Hebenstreit (7623-49)
LEWIS & KAPPES, P.C.
One American Square, Suite 2500
Indianapolis, Indiana 46282
(317) 639-1210
(317) 639-4882 FAX
mhebenstreit@lewis-kappes.com

---

[1] Federal Rule 25(a)(3), in pertinent part, provides: "A motion to substitute, together with a notice of hearing, must be served on the parties as provided in Rule 5 and on nonparties as provided in Rule 4."

## **CERTIFICATE OF SERVICE**

      I hereby certify that on February 2, 2021, a copy of the foregoing document was filed electronically. Notice of this filing will be sent to the following party/parties through the Court's Electronic Case Filing System. Party/parties may access this filing through the Court's system.

      */s/ Michael J. Hebenstreit*
      Michael J. Hebenstreit (7623-49)