UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MICHAEL J. HEBENSTREIT Trustee of the Bankruptcy Estate for Richard N. Bell, <br><br> Plaintiff, <br><br> v. <br><br> MERCHANTS BANK OF INDIANA, <br><br> Defendant. <br><br> Bankruptcy Trustee Michael J Hebenstreit MICHAEL J. HEBENSTREIT, TRUSTEE OF THE BANKRUPTCY ESTATE OF RICHARD N. BELL agent TRUSTEE OF THE BANKRUPTCY ESTATE OF RICHARD N. BELL, <br><br> Trustee. | No. 1:18-cv-00056-JPH-DLP |

**FINAL JUDGMENT UNDER FEDERAL RULE OF CIVIL PROCEDURE 58**

Having this day directed the entry of final judgment, the Court now enters **FINAL JUDGMENT** in favor of Plaintiff and against Defendant in the amount of $0.

Date: 8/26/2021

Roger A. G. Sharpe, Clerk

By: *Pam Pope*
Deputy Clerk, U.S. District Court

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

1

Distribution:

Richard N. Bell
BELL LAW FIRM
richbell@comcast.net

Michael Joseph Hebenstreit
LEWIS & KAPPES PC
mhebenstreit@lewis-kappes.com

Maura K. Kennedy
THE LAW OFFICE OF MAURA K. KENNEDY, LLC
attorneymaurakennedy@gmail.com

David W. Patton
DINSMORE & SHOHL LLP (Indianapolis)
David.Patton@dinsmore.com

John D. Waller
WOODEN & MCLAUGHLIN LLP (Indianapolis)
john.waller@woodenlawyers.com