**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| RICHARD BELL | ) | CASE NO. 20-05958-JMC-7A |
| | ) | |
| DEBTOR | ) | |

**TRUSTEE'S AMENDED APPLICATION TO EMPLOY SPECIAL COUNSEL**

The Application of MICHAEL J. HEBENSTREIT, Trustee herein ("Trustee"), respectfully states:

1. The undersigned is the duly appointed, qualified and acting Trustee in this case.

2. That prior to the date of filing bankruptcy Richard Bell initiated litigation is the United States District Court for the Southern District of Indiana, Cause No. 1:18-cv-00056-JPH-DLP. Mr. Bell has served on a pro se basis and as counsel for himself. Mr. Bell has proposed to appear in this case and to present evidence on behalf of the Bankruptcy Estate for no compensation. Mr. Bell is most knowledgeable and capable of appearing on behalf of the estate and will represent the estate's interests for no compensation in connection with the trial of this action.

3. Trustee is satisfied that the retention of Special Counsel complies with 11 U.S.C. § 327(e), is in the best interest of the estate and that Special Counsel does not represent or hold any interest adverse to the Debtor or the estate with respect to the matter on which the Special Counsel is to be employed. A copy of Special Counsel's Affidavit advising of no conflict is attached hereto and incorporated by reference as Exhibit "A".

4. The Trustee hereby proposes to authorize Richard Bell to proceed with this litigation on behalf of the Bankruptcy Estate effective February 8, 2021.

**Wherefore,** your Trustee prays that the Trustee, after notice and hearing, if required, be authorized to employ the Richard Bell as Trustee's Special Counsel, to represent the Trustee in connection with the litigation case.

/s/ Michael J. Hebenstreit, Trustee
One American Square, Suite 2500
Indianapolis, IN 46282
(317) 639-1210 (Telephone)
(317) 639-4882 (Facsimile)
mhebenstreit@lewiskappes.com

**EXHIBIT A**

# CERTIFICATE OF SERVICE

I hereby certify that on February 11, 2021, a copy of the foregoing Trustee's Amended Application to Employ Special Counsel was filed electronically. Parties may access this filing through the Court's system. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System:

U.S. Trustee ustpregion10.in.ecf@usdoj.gov
Mark S. Zuckerberg, Crystal@waltonlegal.net

I further certify that on February 11, 2021, a copy of the foregoing Trustee's Amended Application to Employ Special Counsel was mailed by U.S. First Class Mail, postage prepaid and properly addressed, to the following:

Debtor
Richard Bell
8076 Talliho Drive
Indianapolis, IN  46256

/s/ Michael J. Hebenstreit, Trustee
One American Square, Suite 2500
Indianapolis, IN 46282
(317) 639-1210 (Telephone)
(317) 639-4882 (Facsimile)
mhebenstreit@lewiskappes.com