UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| RICHARD BELL ) | CASE NO. 20-05958-JMC-7A |
| ) | |
| DEBTOR ) | |

**AFFIDAVIT OF DISINTEREST PURSUANT TO BANKRUPTCY RULE 2014(a)**

NOW COMES Richard Bell, who makes the following statement under oath:

1. I am an attorney authorized to practice my profession under the laws of the State of Indiana.

2. I am experienced in the case.

3. The Trustee has asked that I perform the professional services as set forth on the trustee's application for employment on behalf of the estate. I am experienced and qualified in the matters for which I am to be employed as set forth in the Application.

4. I am not:

    a. a creditor, an equity security holder or an insider of the Debtor;

    b. an investment banker for any outstanding security of the Debtor;

    c. or have been, within three years before the date of the filing of the petition in this case, an investment banker for securities of the Debtor, or an attorney for an investment banker in connection with securities of the Debtor;

    d. or have been, within the two years before the date of the filing of the petition in this case, a director, officer, or employee of the Debtor or an investment banker specified in subparagraph b or c; and

    e. have any interest materially adverse to the interest of the estate or of any class of creditors or equity security holders, by reason of any direct or

**EXHIBIT B**

indirect relationship to, connection with, or interest in, the Debtor or an investment banker specified in subparagraph b or c, or for any other reason.

5. I am the Debtor however understand that I will not receive any compensation, and any benefit inures to the benefit of the bankruptcy estate. I do not have any connection with the creditors, any other party in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the office of the United States Trustee, except as described as follows: None

6. I am not seeking any compensation nor have I agreed to share any compensation with any other person or firm.

Dated this 8th day of February, 2021.

/s/ Richard N. Bell
Richard N. Bell

STATE OF INDIANA    )
                    ) SS:
COUNTY OF MARION    )

    Before me, a Notary Public, in and for said County and State, personally appeared Richard N. Bell, who acknowledged the execution of the foregoing Affidavit, and who first being duly sworn, stated that the facts contained therein are true. Witness my hand and seal this 8th day of February, 2021.

_____
Notary Public



My Commission Expires: March 31, 2024

Resident of Hancock County, IN