UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
46 E. Ohio St., Rm. 116
Indianapolis, IN 46204

SF07043 (rev 10/2013)

In re:

**Richard Nathan Bell**,
      Debtor.

Case No. **20−05958−JMC−7A**

## NOTICE OF POSSIBLE ASSETS, ABANDONMENT, AND LAST DAY TO FILE CLAIMS

A Report of Possible Assets and Abandonment of Property was filed on March 16, 2021, by Trustee Michael J. Hebenstreit.

**NOTICE IS GIVEN** that all scheduled assets will be abandoned from the estate **except** Possible Non−exempt interest in divorce proceeds, Possible Non−exempt interest in house proceeds, Possible Non−exempt interest in boat, Possible Non−exempt interest in litigation claims except the appeal rights in the Seventh Circuit in Bell v. Carmen, No. 20−2902 (7th Cir.), Possible Non−exempt copyright interest, Possible Non−exempt interest in tax refunds, Possible Non−exempt interest in bank accounts, Possible Non−exempt interest in retirement accounts, Possible Non−exempt interest in fraudulent transfers, Possible Non−exempt interest in preferential transfers, and Possible Non−exempt interest in business interests. Any objection to the proposed abandonment of property must be filed with the Court by March 30, 2021. Objections should comply with S.D.Ind. B−9013−1(d) and must be served on the trustee. If no objections are filed, the abandonment of property becomes effective after March 30, 2021.

**NOTICE IS FURTHER GIVEN** that assets, not abandoned from the estate, may be used to pay a dividend to creditors. **Creditors must file a claim by June 14, 2021 in order to share in any distribution from the estate.** Instructions for filing a proof a claim or obtaining a form can be found at www.insb.uscourts.gov/filing_claims.html. A proof of claim form can also be obtained from any bankruptcy clerk's office.

Dated: March 16, 2021

Kevin P. Dempsey
Clerk, U.S. Bankruptcy Court

**EXHIBIT C**

# Notice Recipients

District/Off: 0756–1            User: admin                   Date Created: 3/16/2021
Case: 20–05958–JMC–7A    Form ID: SF07043            Total: 37

**Recipients of Notice of Electronic Filing:**
| | | |
|---|---|---|
| ust | U.S. Trustee | ustpregion10.in.ecf@usdoj.gov |
| tr | Michael J. Hebenstreit | mhebenstreit@lewiskappes.com |
| aty | Harrison Edward Strauss | harrison.strauss@usdoj.gov |
| aty | Jason Eugene Duhn | attorneyduhn@earthlink.net |
| aty | Mark S Zuckerberg | filings@mszlaw.com |
| aty | Melanie Eich | meich@overhauser.com |
| aty | Paul B. Overhauser | poverhauser@overhauser.com |

TOTAL: 7

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
| | | |
|---|---|---|
| db | Richard Nathan Bell | 8076 Talliho Drive    Indianapolis, IN 46256 |
| cr | Overhauser Law Offices LLC | 740 W. Green Meadows Drive    Suite 300    Greenfield |
| cr | Vacuforce LLC | c/o Overhauser Law Offices LLC    740 West Green Meadows Drive    Greenfield, IN 46140 US |
| 15891249 | American Express | PO Box 650448    Dallas, TX 75265 |
| 15891250 | Citicards | PO Box 6217    Sioux Falls, SD 57117 |
| 15891251 | Comcast | 41112 Concept Drive    Plymouth, MI 48170 |
| 15891252 | Community North Hospital | 7150 Clearvista Pkwy    Indianapolis, IN 46256 |
| 15891253 | Coots, Henke & Wheeler | 255 E Carmel Dr    Carmel, IN 46032–3012 |
| 15891254 | Hamilton Law | 5125 S Durango Dr C    Las Vegas, NV 89113 |
| 15891255 | Indiana Department of Revenue | 100 N. Senate Ave. Room N203    Indianapolis, IN 46204 |
| 15891256 | Interetual Property Partners, PC | 20 S Sarah St    Saint Louis, MO 63108 |
| 15891257 | Internal Revenue Service | 575 North Pennsylvnia Street    Room 469 Stop SB450    Indianapolis, IN 46204 |
| 15891258 | JPMorgan Chase Card Services | PO Box 15369    Utica, PA 19580 |
| 15891259 | Lahaina Inn Resort | 5580 Estero Blvd    Fort Myers Beach, FL 33931 |
| 15891260 | Mark R. Smith, Esq. | 7209 N. Shadeland Avenue    Indianapolis, IN 46250 |
| 15891261 | Midwest Regional Network for Int | c/o Densborn Blachly LLP    500 East 96th Street, Ste 100    Indianapolis, IN 46240 |
| 15891262 | Mr. Cooper | PO Box 650783    Dallas, TX 75265–0783 |
| 15891263 | Overhauser Law Offices | 740 W. Green Meadows Dr., Ste 300    Greenfield, IN 46140 |
| 15893048 | PRA Receivables Management, LLC | PO Box 41021    Norfolk, VA 23541 |
| 15891264 | PayPal Merchant Services | 2211 N 1st St    San Jose, CA 95131–2021 |
| 15891265 | Rich Bell Enterprises, LLC | d/b/a Rich Bell Photos    8076 Talliho Drive    Indianapolis, IN 46256 |
| 15891266 | Sandy Frost, Roberts Brothers, Inc. | c/o Massillamany & Jeter LLP    11650 Lantern Rd Suite 204    Fishers, IN 46038 |
| 15891267 | Slinde Nelson | 425 N.W. 10th Ave, Ste 200    Portland, OR 97209 |
| 15891268 | The Law office of Maura K. Kennedy | PO Box 55587    Indianapolis, IN 46205 |
| 15891270 | US Bank | POB 790408    Saint Louis, MO 63179 |
| 15891269 | United Wholesale Mortgage | PO Box 619094    Dallas, TX 75261–9741 |
| 15891271 | Vacuforce, LLC | 933 Western Dr    Indianapolis, IN 46241 |
| 15891272 | Verizon | PO Box 489    Newark, NJ 07101 |
| 15891273 | Westfield Insurance Company | One Park Circle    Westfield Center, OH 44251–5001 |
| 15891274 | Wilmott Storage Services, LLC | c/o Paul D. Supnik, Esq    9401 Wilshire Blvd, Ste 1250    Beverly Hills, CA 90212 |

TOTAL: 30